# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

VS.                                      4:06-CR-00284-01-BRW

ANDRE SAIN                                                                                       DEFENDANT

## ORDER

Pending is the United States' Motion for Destruction of Firearms (Doc. No. 200).

The Government requests permission to destroy the Kimber .45 caliber handgun with Serial Number K162588, the Savage .20 gauge shotgun with Serial Number SHC318720, and various ammunition that was seized from Defendant's residence by the Federal Bureau of Investigations. According to the Government, federal law prohibits returning the weapons to Defendant because he was convicted of a felony on October 30, 2009.

For good cause shown, the Motion is GRANTED. Accordingly, the Government is directed to destroy the following evidence seized from Defendant's residence:

- One Kimber .45 caliber handgun with Serial Number K162588;
- One Savage .20 gauge shotgun with Serial Number SHC318720; and
- All ammunition seized during the investigation.

IT IS SO ORDERED this 9th day of May, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE